

ETS 2014R00319

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | * | CRIMINAL NO. WDQ-14-0371 |
| | * | |
| v. | * | 21 U.S.C. § 846 (Conspiracy to Distribute |
| | * | and Possess with Intent to Distribute |
| **RUBIEL MARIN-CIFUENTES** | * | Cocaine Base) |
| **Defendant.** | * | |
| | * | |
| | * | |
| | * | |

*******

## INFORMATION

## COUNT ONE

The United States Attorney for the District of Maryland charges that:

1. From on or about November 2012 to on or about March 31, 2014, in the District of Maryland and elsewhere, the defendant,

**RUBIEL MARIN-CIFUENTES**

did knowingly and willfully combine, conspire, confederate and agree with others known and unknown to the United States Attorney to distribute and possess with intent to distribute 280 grams or more of a mixture or substance containing a detectable amount of cocaine base, a Schedule II controlled substance.

21 U.S.C. § 846

ETS 2014R00320

## FORFEITURE

1. Upon the conviction of **RUBIEL MARIN-CIFUENTES** for the offense alleged in Count One of this Information, the following property shall be forfeited to the United States pursuant to 21 U.S.C. § 853(a):

    a. Any property constituting, or derived from, any proceeds obtained directly or indirectly as the result of the offense; and

    b. Any property used or intended to be used, in any manner or part, to commit, or to facilitate the commission of, such offense.

2. If any of the property described above, as a result of any act or omission of the defendant:

    a. cannot be located upon the exercise of due diligence

    b. has been transferred or sold to, or deposited with, a third party;

    c. has been placed beyond the jurisdiction of the court;

    d. has been substantially diminished in value; or

    e. has been commingled with other property which cannot be divided without difficulty,

the United States of America shall be entitled to forfeiture of substitute property pursuant to Title 21, United States Code, Section 853(p), as incorporated by Title 28, United States Code, Section 2461(c). If the United States is not able to forfeit the specific property listed above directly, it intends to forfeit it as substitute property.

21 U.S.C. § 853; 28 U.S.C. § 2461(c); FED. R. CRIMINAL. P. 32.2(a),

*Rod J. Rosenstein /ets*
ROD J. ROSENSTEIN
UNITED STATES ATTORNEY